In the Matter of LISA M. and Another, Children Alleged to be Abused and/or Neglected. ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; SHEILA M. et al., Respondents. [635 NYS2d 843] —Order unanimously reversed on the law without costs, petition reinstated and matter remitted to Onondaga County Family Court for further proceedings in accordance with the following Memorandum: Family Court erred in granting respondents' motion to dismiss the petition in this child protective proceeding at the close of petitioner's direct case based upon a finding that petitioner had failed to establish a prima facie case. Viewing the evidence at that point in the trial in the light most favorable to petitioner *(see, Parvi v City of Kingston,* 41 NY2d 553, 554; *Nicholas v Reason,* 84 AD2d 915), we conclude that petitioner established a prima facie case of child abuse and neglect *(see,* Family Ct Act § 1046

[a] [ii]; *Matter of Shawniece E.,* 110 AD2d 900). Because the court terminated this proceeding at the close of petitioner's case, a new hearing is required *(see, Matter of Shawniece E., supra).* (Appeal from Order of Onondaga County Family Court, Bersani, J.—Child Abuse and Neglect.) Present— Green, J. P., Pine, Fallon, Callahan and Doerr, JJ.